Joel Tasca
Nevada Bar No. 14124
Kyle Ewing
Nevada Bar No. 14051
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
ewingk@ballardspahr.com

*Attorneys for Defendant PHH Mortgage Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD M. WOFFORD,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DELL FINANCIAL SERVICES a/k/a DELL/WEBBANK; EQUIFAX INFORMATION SERVICES, LLC; PHH MORTGAGE CORPORATION a/k/a MORTGAGE SERVICE CENTER – PHH; SILVER STATE CREDIT UNION,<br><br>　　　　　Defendants. | CASE NO: 2:17-cv-00137-RFB-GWF<br><br>**JOINT MOTION AND ORDER TO EXTEND PHH MORTGAGE CORPORATION'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(Third Request) |

　　　Plaintiff Richard M. Wofford ("Plaintiff") filed a complaint alleging negligent and willful violations of the Fair Credit Reporting Act against Defendant PHH Mortgage Corporation ("PHH"). (ECF No. 1). PHH and Plaintiff previously agreed to extend the time for PHH to respond to Plaintiff's Complaint up to and including April 3, 2017. (ECF Nos. 30, 32). Plaintiff and PHH now agree and stipulate to extend the time for PHH to respond to Plaintiff's Complaint up to and including April 24, 2017 to provide time for PHH to further investigate plaintiff's allegations and for the parties to discuss early resolution of the claims asserted against PHH.

1  PHH and Plaintiff further agree and stipulate that, notwithstanding the fact
2  that PHH may not have answered or otherwise responded to Plaintiff's Complaint at
3  the time of the conference, PHH will participate in any conference held by the parties
4  pursuant to Federal Rule of Civil Procedure 26(f).

5  This request is made in good faith and not made for purposes of delay.

6  IT IS SO STIPULATED.

8  Dated: April 3, 2017.

| BALLARD SPAHR LLP | KNEPPER & CLARK LLC |
|---|---|
| By: /s/ Kyle A. Ewing<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Kyle A. Ewing<br>Nevada Bar No. 14051<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106<br><br>*Attorneys for Defendant PHH Mortgage Corporation* | By: /s/ Miles N. Clark<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>Matthew Knepper, Esq.<br>Nevada Bar No. 12076<br>10040 W. Cheyenne Ave.<br>Suite #170-109<br>Las Vegas, NV 89129<br><br>David Krieger<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Henderson, NV 89123<br><br>*Attorneys for Plaintiff* |

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 4/04/2017